Certificate Number: 05781-WVS-DE-041293871

Bankruptcy Case Number: 26-30212



05781-WVS-DE-041293871

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 6, 2026, at 4:46 o'clock AM PDT, Stephanie Putney Adams completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of West Virginia.

Date:   August 6, 2026                By:     /s/Allison M Geving

Name:   Allison M Geving

Title:   President